IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CASSANDRA DENNIS,     *

        Plaintiff,     *

v.     Case No. 5:24-cv-00246-CHW

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

        Defendant.

    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed November 20, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,944.50.

This 21st day of November, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk